# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DODSON & HOOKS, APLC

VERSUS

THE LOUISIANA COMMUNITY
DEVELOPMENT CAPITAL FUND,
INC. "CAPFUND"

CONSOLIDATED WITH

LOUISIANA COMMUNITY
DEVELOPMENT CAPITAL FUND,
INC. (CAPFUND)

VERSUS

DODSON & HOOKS, APLC

NO.   2021 CW 1014

**OCTOBER 25, 2021**

---

In Re:   Dodson & Hooks, APLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 642,674 c/w 652,673.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT NOT CONSIDERED.** The writ application fails to comply with Rule 4-5(C)(8), (9), and (11) of the Uniform Rules of Louisiana Courts of Appeal, as it does not include copies of each pleading on which the ruling at issue was founded, namely the petition and the motion to remand to arbitration with attachments, if any; the exhibits attached to the respondent's opposition to the motion to remand; and the notice of intent and return date order required by Rules 4-2 and 4-3. This court further requires a transcript of the June 14, 2021 hearing at the district court to adequately review the ruling.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including a transcript of the June 14, 2021 proceedings, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before November 27, 2021 and must contain a copy of this ruling.

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT